IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 14-118 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| WANG DONG, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It appearing that further proceedings cannot be held in this case because Defendant Wang Dong is a fugitive and a warrant for arrest has been issued, IT IS HEREBY ORDERED that the case will be returned to the Clerk of Court until such time as action by the Court may be required.


October 29, 2014                                s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge


cc (via ECF email notification):

All Counsel of Record